THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 140310
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-0304
    Facsimile: (213)894-7177
    E-Mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-4754 VBF (FMOx) |
| Plaintiff, | [PROPOSED] JUDGMENT OF FORFEITURE |
| v. | |
| $15,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on July 23, 2007. Notice of this action was given in the manner required by law, and neither known potential claimants Jason Noralez, Roman Noralez, and Mary Bergfeldt, nor any other potential claimants have filed a claim or answer. The Court deems that potential claimants Jason Noralez, Roman Noralez, Mary Bergfeldt, and all other potential claimants admit

1

the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of known potential claimants Jason Noralez, Roman Noralez, Mary Bergfeldt, and all other potential claimants, in and to the defendant $15,900.00 currency is condemned and forfeited to the United States of America. The defendant currency shall be forfeited to the United States and shall be disposed of in accordance with law.

DATED: 1-22-08

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
P. GREG PARHAM
Special Assistant United States Attorney
Attorneys for Plaintiff

PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>December 18, 2007</u>, I served <u>[PROPOSED] JUDGMENT OF FORFEITURE</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

Roman Norales  
800 University Avenue, Unit 5  
Minneapolis, MN 55414-2236

Jason Norales  
234 ½ West 111th Place  
Los Angeles, CA 90061-1904

Marilyn Bergfeldt  
3737 Perry Avenue North  
Robbinsdale, MN 55422-2062

I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>December 18, 2007</u> at Los Angeles, California.

**Malisa Luong**